**Order filed November 21, 2011**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-10-00831-CR
_____

**GEORGE ARRIOLA LONGORIA, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

---

**On Appeal from the 263rd District Court**
**Harris County, Texas**
**Trial Court Cause No. 1208520**

---

## ORDER

This court has determined, pursuant to Texas Rule of Appellate Procedure 34.5(f) and 34.6(g)(2), that it must inspect the original of **State's exhibits #23 (video) and #24 (video).**

The clerk of the 263rd District Court is directed to deliver to the Clerk of this court the original of State's exhibits #23 (video) and #24 (video), on or before **December 01, 2011.** The Clerk of this court is directed to receive, maintain, and keep safe this original exhibit; to deliver it to the justices of this court for their inspection; and, upon completion of inspection, to return the original of State's exhibits #23 (video) and #24 (video), to the clerk of the 263rd District Court.

PER CURIAM